Tremaine Deon
CARROLL, T. #H73384
RJD, FC3-15-243
480 ALTA ROAD
SAN DIEGO, CA 92179

FILED
CLERK, U.S. DISTRICT COURT
DEC 29 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT
DEC 26 2014
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

U.S. DISTRICT COURT FOR THE
CENTRAL DISTRICT, WESTERN DIVISION

CV14-9858-SVW JC

CARROLL, T.,
    PETITIONER

STATE OF CALIFORNIA,
    RESPONDENT(S)

CASE NO. BA173778 (L.A. SUPERIOR)
CIVIL PETITION 1983, APPOINT-
MENT FOR COUNSEL, TEMPORARY
INJUNCTIVE RELIEF/RESTRAINING
ORDER.
12/13/14, 1500 HRS

PETITIONER CARROLL, WHO'S AN INMATE/PATIENT -- MENTALLY DISABLED -- UNDER CDCR MENTAL HEALTH DELIVERY SYSTEM HAS NO ACCESS TO LAW LIBRARY, IS INDIGENT AND CANT AFFORD AN ATTORNEY PRAYS THIS HONORABLE COURT GRANTS THIS PETITION IN FULL TO BALANCE SCALES OF JUSTICE. PETITIONER CONTENDS THAT HE WENT OUT-TO-COURT FROM RJD/CDCR TO LA-COUNTY JAIL ON 09/23/14-10/07/14, AND WHILE IN THE LA-COUNTY JAIL HE WAS PHYSICALLY AND SEXUALLY ASSAULTED

P.C. 1258

BY L.A. COUNTY DEPUTY SHERRIFFS AND SUBSEQUENTLY TAKEN TO OUTSIDE HOSPITAL FOR SEXUAL ASSAULT EXAM. PETITIONER FILED SEVERAL COMPLAINTS WHILE IN L.A. COUNTY JAIL, TRIED TO CONTACT ACLU -- BUT L.A. COUNTY JAIL OFFICIALS TRIED SUCCESSFULLY TO HIDE PETITIONER AWAY WHERE HE COULDNT USE PHONES OR HAVE ANY OUTSIDE COMMUNICATION. AS WITH THE KNOWN CULTURE OF L.A. COUNTY JAIL OF CORRUPTION, COVER-UPS, CODE OF SILENCE AND CIRCUMVENTION OF DUE PROCESS, THEY TRIED TO SWEEP THIS UNDER THE RUG. PETITIONER WANTS $1,000,000 FROM HEAD L.A. COUNTY DEPUTY SHERRIFF, $1,000,000 EACH FROM THE (2) SHERRIFFS THAT SEXUALLY/PHYSICALLY ASSAULTED HIM, $1,000,000 FROM STATE OF CALIFORNIA. PETITIONER PRAYS THIS HONORABLE COURT GRANTS THIS PETITION IN FULL AND/OR APPOINTS COUNSEL TO THIS MENTALLY DISABLED INDIGENT INMATE/PATIENT.

THE ABOVE IS TRUE TO MY KNOWLEDGE.

T. Carroll (IN PRO-SE)
12/13/14

P-C. 1258



